[No. 64386-0-I.  Division One.  January 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. EMORY LEE BERUBE, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.

[No. 64688-5-I.  Division One.  January 3, 2011.]

*In the Matter of the Personal Restraint of* ROBERT DERMATES, *Petitioner*.

*Remanded* by unpublished per curiam opinion.

[No. 64831-4-I.  Division One.  January 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL LIRA, *Appellant*.

*Reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 65204-4-I.  Division One.  January 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN KOGER, *Appellant*.

*Affirmed* by unpublished per curiam opinion.